IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MICHAEL LORENZO BROWN,

    Plaintiff,

v.                                      CIVIL ACTION NO.: CV612-048

Officer THOMAS RODMAN,

    Defendant.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Defendant filed a Response. In his Objections, Plaintiff contends that Defendant did see his hand in the tray flap. However, this contention is different than what Plaintiff already stated during his deposition. (Doc. No. 14-7, p. 32) ("No, he can't see my hand because it's inside the box."). Additionally, as the Magistrate Judge noted, even if Plaintiff informed Defendant that he was not removing his hand from the slider, there is no evidence that Defendant tied the laundry net bag to anything other the box and slider or knew that Plaintiff would be injured as a result of his actions. (Doc. No. 19, p. 5). Plaintiff fails to present evidence creating a genuine dispute as to a fact material to his excessive use of force claim. Plaintiff's assertion that this incident would not have occurred if Defendant had followed proper procedures is wholly without merit.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 30 day of July, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA